```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRIS AGOLIATI, JERRY GRIGOLI, and        :
LOUIS PICCONE,                            :
                                          :
                Plaintiffs,               :
                                          :     ORDER
        v.                                :     19-CV-5477 (WFK) (TAM)
                                          :
BLOCK 865 LOT 300 LLC, JOHN AND           :
MARLA DIFORTE, CARMEL MCCARTHY,           :
and AVERY GROSS,                          :
                                          :
                Defendants.               :
------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On April 20, 2021, the Honorable Magistrate Judge Lois Bloom filed a Report and Recommendation ("R&R") recommending this Court deny Plaintiff Piccone's motion to Amend/Correct/Supplement the Amended Complaint. ECF Nos. 69, 85. Written objections to the R&R were due fourteen days from service of the report, and to date, no objection has been filed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the R&R in its entirety. The Court respectfully directs the Clerk of Court to terminate the motions pending at ECF Nos. 69 and 85.

**SO ORDERED.**

                                                                                                                                                      s/ WFK
                                                                          HON. WILLIAM F. KUNTZ, II
                                                                          UNITED STATES DISTRICT JUDGE

Dated:  July 27, 2021
         Brooklyn, New York